

IN THE DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

IN RE HAGUE CHILD ABDUCTION APPLICATION

JOSE GREGORIO ALTAMIRANDA VALE,   )
                                  )
            Petitioner,           )   Civil Action No. 1:06-cv-1246
and                               )
                                  )
MARIA JOSE FIGUERA AVILA,         )
            Respondent.           )

## ORDER DIRECTING RETURN OF MINOR(S)

The Convention on the Civil Aspects of International Child Abduction, done at The Hague on 25 Oct 1980 Article 7(b) International Child Abduction Remedies Act, 42 U.S.C. §11604

This matter comes before the Court this 12th day of April, 2008 for hearing on the Petition for Return of Children pursuant to the Hague Convention. Petitioner appears by counsel, Christopher J. Schmidt; Respondent appears by counsel Stephen Komie. Having heard the evidence and testimony in this case and being duly advised, the Court hereby finds:

1. This Order Directing Return concerns the following children under the age of sixteen, to wit:

    a. JOSE GREGORIO ALTAMIRANDA FIGUERA, was born August 22, 2000 (aged 7 years) in the City of Maracay, State of Aragua, and will be sixteen years of age on August 22, 2016 a period of ten years after the date of filing of this Petition; and

    b. SOFIA ALTAMIRANDA FIGUERA, was born August 22, 2000 (aged 7 years) in the City of Maracay, State of Aragua, and will be sixteen years of age on August 22, 2016 a period of ten years after the date of filing of this Petition.

2. THE COURT ORDERS, pursuant to the provisions of The Convention on the Civil Aspects of International Child Abduction, done at the Hague on *25 Oct 1980* ("*The Convention*") and/or the International Child Abduction Remedies Act, 42 U.S.C. §11601 et seq., that the minor children, JOSE GREGORIO ALTAMIRANDA FIGUERA, born on August 22, 2000 and SOFIA ALTAMIRANDA FIGUERA, born on August 22, 2000, be returned to the company of the children's father in the Bolivarian Republic of Venezuela, State of Aragua, and that such delivery be reported to the appropriate Central Authority.

3. THE COURT ORDERS that Respondent bring the children to the United States District Court for the Central District of Illinois, Before Judge McDade on _June 2, 2008_ for their return to their father, JOSE GREGORIO ALTAMIRANDA VALE.

4. By virtue of this Order, JOSE GREGORIO ALTAMIRANDA VALE, has the exclusive right to the physical and legal custody of the aforementioned children during the period of time required to return the above-named minor children to the Bolivarian Republic of Venezuela, which is the country of the children's habitual residence.

5. This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Convention.

6. The Order of this Court is made under the authority of 42 U.S.C. §11603(a), which confers original and concurrent jurisdiction on state and federal district courts of the United States.

**THEREFORE, TO ANY PEACE OFFICER IN THE STATE OF ILLINOIS, IN ANY OTHER STATE OF THE UNITED STATES OF AMERICA AND TO ANY FEDERAL OFFICER:**

*You are hereby commanded* to enforce the instant order allowing PETITIONER to remove the above-named minor children from the United States of America, and to allow PETITIONER to accompany those children to the sovereign nation of Venezuela giving said

PETITIONER the right to have said children in his lawful custody for the purposes described herein, without interference.

This Order is effective the date below written, and shall continue in force and effect until modified or cancelled by a court of competent jurisdiction in the sovereign nation of Venezuela.

Dated: 4/12, 2008

s/ Joe B. McDade
The Honorable Joe Billy McDade,
United States District Judge